UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 25-cr-10025-LTS |
| | ) | |
| GABRIEL GERSHOWITZ, | ) | |
| | ) | |
| Defendant | ) | |

## ASSENTED-TO MOTION TO CONTINUE SENTENCING

The government hereby respectfully moves, with the assent of the defendant, to move to continue the sentencing in this matter, which is presently scheduled for May 19, 2026. Accordingly, the government respectfully requests that the Court continue the defendant's sentencing for approximately six months.  The parties will apprise the Court by motion in advance of that date should they believe that the sentencing should be continued further.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:    */s/ Kaitlin R. O'Donnell*
KAITLIN R. O'DONNELL
IAN J. STEARNS
Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that an electronic copy of this document was provided to the Court for filing under seal and counsel for the defendant.

By:    */s/ Kaitlin R. O'Donnell*
       KAITLIN R. O'DONNELL
       Assistant United States Attorney

Date: May 7, 2026

2